| STATE OF INDIANA | ) | IN THE JASPER | COURT |
|---|---|---|---|
|  | ) SS: |  |  |
| COUNTY OF JASPER | ) | CAUSE NO. | 37C01-2002-CT-000126 |

LaRONDE D. GILLIS, JR.

    VS.

RODNEY PEWITT AND
LANDSTAR INWAY, INC.

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, LaRonde D. Gillis, Jr., by counsel Ken Nunn Law Office, and for their cause of action against the Defendants, Rodney Pewitt and Landstar Inway, Inc., allege and state as follows:

## STATEMENT AND JURISDICTION

1.    This is a clear liability collision in which Defendants' 2017 Freightliner tractor and attached trailer, was negligently driven by Rodney Pewitt causing a collision with the vehicle driven by Plaintiff, LaRonde D. Gillis, Jr. As a result of the collision, Plaintiffs have incurred medical expenses, lost wages, and other special expenses in an amount to be proven at trial of this cause.

2.    Jurisdiction and venue are appropriate in Jasper County, Indiana, as said collision occurred within the boundaries of Jasper County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF TRUCK DRIVER

3.    Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4.    On or about December 11, 2018 Defendant Rodney Pewitt negligently drove a tractor-trailer striking the vehicle driven by Plaintiff, LaRonde D. Gillis, Jr.

5.    Defendant Rodney Pewitt had a duty to operate his tractor trailer in a safe and reasonable manner.

# EXHIBIT B

6. Defendant Rodney Pewitt failed in the above mentioned duties and is therefore negligent.

7. Defendant Rodney Pewitt's negligence was the direct and proximate cause of Plaintiffs injuries.

8. Plaintiff LaRonde D. Gillis Jr.'s injuries and damages are permanent.

9. As a direct and proximate result of Rodney Pewitt's negligence, LaRonde D. Gillis, Jr. has suffered lost wages.

10. Plaintiff, LaRonde D. Gillis, Jr. has incurred medical bills for the treatment of his injuries directly resulting from this collision.

11. As a direct and proximate result of Rodney Pewitt's negligence, LaRonde D. Gillis, Jr. has experienced physical and mental pain and suffering, lost wages and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF TRUCK DRIVER

12. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Rodney Pewitt violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14. Defendant Rodney Pewitt's statutory violations directly and proximately caused Plaintiffs' damages and injuries.

15. Defendant Rodney Pewitt is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF TRUCK COMPANY

16. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 15 above as if fully restated verbatim.

17.   Defendant Rodney Pewitt was the employee, agent, servant, or independent contractor for Landstar Inway, Inc. Accordingly, Landstar Inway, Inc. is vicariously liable for the acts of Defendant Rodney Pewitt for the causes of action above.

WHEREFORE, the Plaintiff, LaRonde D. Gillis, Jr., by counsel Ken Nunn Law Office, demand judgment against the Defendants, Rodney Pewitt and Landstar Inway, Inc. for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

*s/ Chris Moeller*
Chris Moeller, #25710-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: chrism@kennunn.com

**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

*s/ Chris Moeller*
Chris Moeller, #25710-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: chrism@kennunn.com

Chris Moeller, #25710-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff